UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID DAVEY, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00333-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>[ECF Nos. 6, 7, 8] |

Plaintiff Michael Thomas is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 26, 2019, the undersigned screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim against Defendants Licensed Vocational Nurse Thomas, Doctor Ulit, Doctor Mays, Doctor Doe No. 1 (who was on duty at Corcoran Facility 4B on December 24, 2014, second watch), and CMO Doe No. 2 (who denied authorization for the surgery on or about December 28, 2014) for deliberate indifference in violation of the Eighth Amendment. The Court granted Plaintiff leave to file an amended complaint or notify the Court of his intent to proceed only on the claims found to be cognizable.

///

///

1

On May 6, 2019, Plaintiff filed a notice of intent to proceed on the claims found to be cognizable. (ECF No. 7.) However, it was unclear from Plaintiff's filing whether he truly intended to proceed only on the claims found to be cognizable as he argued the Court misinterpreted two of his claims. (Id.) In light of the ambiguity, on May 8, 2019, the Court granted Plaintiff twenty-one days to either file an amended complaint or second notice clarifying his intent to proceed on the claims found to be cognizable. (ECF No. 8.) The Court advised Plaintiff that that failure to comply with the order would result in a recommendation that this action proceed on the claims found to be cognizable in the Court's March 26, 2019, screening order. (Id.) Plaintiff has failed to respond to the Court's May 8, 2019, order and the time to do has passed. Accordingly, the Court will recommend that this action proceed as set forth in the March 26, 2019, screening order.

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed against Defendants Licensed Vocational Nurse Thomas, Doctor Ulit, Doctor Mays, Doctor Doe No. 1 (who was on duty at Corcoran Facility 4B on December 24, 2014, second watch), and CMO Doe No. 2 (who denied authorization for the surgery on or about December 28, 2014) for deliberate indifference in violation of the Eighth Amendment;

2. All other claims and Defendants be dismissed for failure to state a cognizable claim for relief; and

3. The Clerk of Court is directed to randomly assign a District Judge to this action.

///
///
///
///
///
///
///
///
///

This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **twenty-one (21) days** after being served with this Findings and Recommendation, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **June 10, 2019**

UNITED STATES MAGISTRATE JUDGE