**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL THOMAS, | ) Case No.: 1:19-cv-00333-LJO-SAB (PC) |
|         Plaintiff, | ) |
| | ) ORDER VACATING DISCOVERY AND |
|   v. | ) SCHEDULING ORDER AND DIRECTING |
| | ) DEFENDANTS TO FILE A RESPONSE TO |
| DAVID DAVEY, et.al., | ) COMPLAINT WITHIN TWENTY DAYS |
| | ) |
|         Defendants. | ) [ECF No. 31] |
| | ) |
| | ) |

Plaintiff Michael Thomas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 13, 2019, the Court inadvertently issued a Discovery and Scheduling prematurely. Accordingly, it is HEREBY ORDERED that:

1.    The Court's November 13, 2019, Discovery and Scheduling order is VACATED; and

2.    Within **twenty (20)** days from the date of service of this order Defendants shall file a response to the complaint.

IT IS SO ORDERED.

Dated:   **November 13, 2019**

UNITED STATES MAGISTRATE JUDGE