# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID DAVEY, et.al.,<br><br>   Defendants. | Case No.: 1:19-cv-00333-NONE-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY DEADLINE<br><br>[ECF No. 36] |

Plaintiff Michael Thomas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to extend the discovery deadline, filed on June 2, 2020. (ECF No. 36.) Defendants have not filed an opposition and the time to do has now expired.

Good cause having been presented, it is HEREBY ORDERED that:

1. The discovery deadline is extended to **October 16, 2020**;
2. The correlating dispositive motion deadline is extended to **November 16, 2020**; and
3. All other provisions of the Court's December 5, 2019 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **June 24, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1