**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DAVEY, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00333-NONE-SAB (PC)<br><br>ORDER REGARDING COUNSELS' NOTICE OF APPEARANCES<br><br>(ECF Nos. 49, 50, 51) |

　　　　Plaintiff Michael Thomas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On November 16, 2020, counsel Jennifer Orthwein, Kevin Love Hubbard, and Felicia Maria Medina filed notices of appearances in this action on behalf of Plaintiff. (ECF Nos. 49, 50, 51.) However, the notice of appearances are deficient to appear as counsel of record for Plaintiff in this action.

　　　　When an attorney seeks to represent a pro per party in a pending action, Local Rule 182(g) requires the attorney to file a "Substitution of Attorneys" document, signed by both the attorney and the party. The substitution must be approved by the Court so the words "IT IS SO ORDERED," with spaces designated for the date and signature of the Judge, shall be affixed at the end of each Substitution of Attorneys.

1

Accordingly, it is HEREBY ORDERED that within **twenty (20)** days from the date of service of this order, counsel shall file a "Substitution of Attorneys" in accordance with Local Rule 182(g). If a Substitution of Attorneys is not filed, the Court will assume that Plaintiff continues in this action pro se.

IT IS SO ORDERED.

Dated:   **December 1, 2020**

UNITED STATES MAGISTRATE JUDGE