UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>            Plaintiff,<br><br>      v.<br><br>DAVID DAVEY, et.al.,<br><br>            Defendants. | Case No.: 1:19-cv-00333-NONE-SAB (PC)<br><br>ORDER APPROVING SUBSTITUTION OF ATTORNEYS<br><br>(ECF Nos. 55, 56, 57) |

Plaintiff Michael Thomas is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 2, 2020, counsel Jennifer Orthwein, Kevin Love Hubbard, and Felicia Maria Medina each filed a separate substitution of attorney on behalf of Plaintiff who was proceeding pro se.

It is HEREBY ORDERED that the substitution of attorneys is approved, and counsel Jennifer Orthwein, Kevin Love Hubbard, and Felicia Maria Medina will serve as counsel of record for Plaintiff.

IT IS SO ORDERED.

Dated:   **December 3, 2020**

UNITED STATES MAGISTRATE JUDGE

1