# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID DAVEY, et.al.,<br><br>            Defendants. | Case No.: 1:19-cv-00333-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 59) |

Plaintiff Michael Thomas is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 10, 2020, the parties filed a stipulation to extend the discovery and dispositive motion deadlines. (ECF No. 59.)

On the basis of good cause, it is HEREBY ORDERED that the discovery deadline is extended to July 17, 2021 and the dispositive motion deadline is extended to August 17, 2021. All other substantive provisions of the Court's December 5, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **December 11, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1