# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DAVEY, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00333-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 65) |

Plaintiff Michael Thomas is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 17, 2021, the parties filed a stipulation to extend the discovery and dispositive motion deadlines.

Good cause having been presented, the parties' stipulation is approved, and the discovery deadline is extended to October 15, 2021, and the dispositive motion deadline is extended to November 15, 2021.

IT IS SO ORDERED.

Dated: **June 29, 2021**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE