# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DAVEY, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00333-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 68) |

Plaintiff Michael Thomas is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 4, 2021, the parties filed a stipulation to extend Plaintiff's deadline to oppose Defendant's motion for summary judgment.

On the basis of good cause, it is HEREBY ORDERED the deadline for Plaintiff to oppose Defendant's motion for summary judgment is extended to September 9, 2021, and Defendant's deadline to file a reply is extended to September 20, 2021.

IT IS SO ORDERED.

Dated: **August 4, 2021**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE