# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID DAVEY, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00333-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION, DISMISSING DEFENDANT IGBINOSA, AND TERMINATING MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(ECF Nos. 67, 70) |

Plaintiff Michael Thomas is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 8, 2021, the parties filed a stipulation to dismiss Defendant Igbinosa, without prejudice, and terminate the pending motion for summary judgment and all related deadlines.

Pursuant to the parties' stipulation, it is HEREBY ORDERED that Defendant Igbinosa is dismissed from the action, without prejudice, and the motion for summary judgment filed on July 20, 2021 (ECF No. 67) and all related deadlines are terminated as moot.

IT IS SO ORDERED.

Dated: **September 9, 2021**

                                                        UNITED STATES MAGISTRATE JUDGE