**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID DAVEY, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-00333-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 72) |

Plaintiff Michael Thomas is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 15, 2021, the parties filed a stipulation to extend the discovery and dispositive motion deadlines.

Good cause having been presented, the parties' stipulation is approved, and the discovery deadline is extended to January 13, 2022, and the dispositive motion deadline is extended to February 14, 2022. During these 90 days, the parties will not serve additional written discovery requests under Federal Rules of Civil Procedure 33, 34, or 36.

IT IS SO ORDERED.

Dated: __**October 18, 2021**__

UNITED STATES MAGISTRATE JUDGE