UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID DAVEY, et.al.,<br><br>          Defendants. | Case No.: 1:19-cv-00333-JLT-SAB (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ALLISON CLAIRE ON MARCH 10, 2022, AT 9:00 A.M. AND STAYING CASE FOR SIXTY DAYS |

Plaintiff Michael Thomas is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 20, 2022, the parties filed a stipulation to set this matter for a settlement conference before Magistrate Judge Allison Claire and stay the proceedings. (ECF No. 76.) The parties are hereby notified that a Settlement Conference has been SET for March 10, 2022 at 9:00 a.m. in Courtroom #26 before Magistrate Judge Allison Claire. The conference is to be conducted by Zoom. The parties are to contact the Court Clerk at (916) 930-4199 or janderson@caed.uscourts.gov one week prior to the hearing in order to obtain the Zoom I/D and the Password. Each party is reminded of the requirement that it be represented at the settlement conference by a person with full settlement authority. See Local Rule 270. At least seven (7) days prior to the conference, March 3, 2022, the parties are directed to submit confidential settlement conference statements to chambers via email at

1

acorders@caed.uscourts.gov. Such statements shall not be filed with the Clerk: however, each party shall e-file a one-page document entitled Notice of Submission of Confidential Settlement Conference Statement.

The Court puts the parties on notice that if Plaintiff has any outstanding criminal restitution obligation, fines and/or penalties, these settlement negotiations shall not be geared towards what the restitution obligation is, but what the value the of the case itself is to each side, irrespective of any outstanding restitution obligation.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is STAYED for 60 days to allow the parties an opportunity to settle their dispute.
2. This case is set for a remote settlement conference before Magistrate Judge Allison Claire on **March 10, 2022, at 9:00 a.m.**
3. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.
4. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the cancellation of the conference and the imposition of sanctions. The manner and timing of Plaintiff's production to the conference is within the discretion of CDCR.
5. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.
6. The parties are directed to submit confidential settlement conference statements to chambers via email at acorders@caed.uscourts.gov on or before **March 3, 2022**.
7. Counsels for the parties shall contact the Litigation Coordinator at the institution where Plaintiff is housed to determine whether the institution can accommodate a Zoom video appearance by Plaintiff at this date and time.
8. The parties remain obligated to keep the court informed of their current address at all times during the stay and while the action is pending.  Any change of address must be

2

reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." See Local Rule 182(f).

9. A failure to follow these procedures may result in the imposition of sanctions by the court.

IT IS SO ORDERED.

Dated: __January 21, 2022__

UNITED STATES MAGISTRATE JUDGE