UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DAVEY, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00333-JLT-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF ON MARCH 10, 2022<br><br>(ECF No. 78) |

Plaintiff Michael Thomas is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 20, 2022, the parties filed a stipulation to set this matter for a settlement conference before Magistrate Judge Allison Claire and stay the proceedings. (ECF No. 76.)

On January 21, 2022, the Court set this case for a settlement conference before Magistrate Judge Allison Claire on March 10, 2022, at 9:00 a.m. (ECF No. 77.)

On February 10, 2022, the Court issued a writ of habeas corpus ad testificandum to produce Plaintiff on March 10, 2022. (ECF No. 78.)

///

///

///

///

1

However, on February 14, 2022, the Court issued a minute order rescheduling the settlement conference to April 14, 2022, at 9:00 a.m. (ECF No. 79.) Because the settlement conference has now been continued to April 14, 2022, the writ of habeas corpus ad testificandum issued on February 14, 2022 is VACATED, and will be reissued in due course.

IT IS SO ORDERED.

Dated:   **February 15, 2022**

UNITED STATES MAGISTRATE JUDGE