# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID DAVEY, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00333-JLT-SAB (PC)<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE, EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

Plaintiff Michael Thomas is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is represented by Jennifer Orthwein and Defendants are represented by Jeremy Duggan.

On June 28, 2022, a settlement conference was conducted and the case did not settle. Accordingly, it is HEREBY ORDERED that the discovery deadline is **October 30, 2022** and the dispositive motion deadline is extended to **December 29, 2022**.

IT IS SO ORDERED.

Dated: **June 29, 2022**

UNITED STATES MAGISTRATE JUDGE

1