# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID DOVEY, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00333-JLT-SAB (PC)<br><br>ORDER APPROVING PARTIES' JOINT STIPULATION TO EXTEND THE TIME TO RESPOND TO OFFER OF JUDGMENT<br><br>(ECF No. 88) |

Plaintiff Michael Thomas is proceeding forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 12, 2022, the parties filed a joint stipulation to extend the time to respond to the offer of judgment. (ECF No. 88.)

On the basis of good cause, the parties joint stipulation is approved and the deadline for Plaintiff to respond to Defendants' offer of judgment under Federal Rule of Civil Procedure 68 is extended from fourteen (14) days to twenty-eight (28) days.

IT IS SO ORDERED.

Dated:  **October 13, 2022**

                                   UNITED STATES MAGISTRATE JUDGE