# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DOVEY, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00333-JLT-SAB (PC)<br><br>ORDER APPROVING PARTIES' SECOND JOINT STIPULATION TO EXTEND THE TIME TO RESPOND TO OFFER OF JUDGMENT<br><br>(ECF No. 90) |

Plaintiff Michael Thomas is proceeding forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 4, 2022, the parties filed a second joint stipulation to extend the time to respond to the offer of judgment. (ECF No. 90.)

On the basis of good cause, the parties second joint stipulation is approved and the deadline for Plaintiff to respond to Defendants' offer of judgment under Federal Rule of Civil Procedure 68 is extended to November 18, 2022.

IT IS SO ORDERED.

Dated:　**November 7, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1