1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8
9
10  MICHAEL THOMAS,                              Case No. 1:19-cv-00333-JLT-SAB (PC)

11          Plaintiff,                          ORDER APPROVING PARTIES'
                                                STIPULATION TO EXTEND THE
12      v.                                      DEADLINE TO FILE DISPOSITIVE
                                                MOTIONS
13  DAVID DOVEY, et al.,
                                                (ECF No. 92)
14          Defendants.

15

16      Plaintiff Michael Thomas is proceeding forma pauperis in this civil rights action filed

17  pursuant to 42 U.S.C. § 1983.

18      On December 16, 2022, the parties submitted a joint stipulation to extend the dispositive

19  motion deadline.  (ECF No. 92.)

20      On the basis of good cause and the parties' joint stipulation, it is HEREBY ORDERED

21  that the dispositive motion deadline is extended to April 30, 2023.

22
23  IT IS SO ORDERED.

24  Dated:    **December 16, 2022**     _____
                                        UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1