# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>  Plaintiff,<br><br> v.<br><br>DAVID DOVEY, et al.,<br><br>  Defendants. | Case No. 1:19-cv-00333-JLT-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO SUBMIT DISPOSITIONAL DOCUMENTS BY MARCH 20, 2023 AND VACATING ALL HEARINGS AND DEADLINES IN THIS MATTER<br><br>(ECF No. 96) |

Plaintiff Michael Thomas is proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 24, 2023, the parties filed a notice of settlement and request to stay all future deadlines, including vacating the March 8, 2023 hearing on Plaintiff's motion to amend. (ECF No. 96.)

As the parties represent that a settlement agreement has been reached and they are in the process of obtaining the necessary signatures to file a stipulation to voluntary dismiss this action, it is HEREBY ORDERED that all hearings and future deadlines are VACATED and the parties shall file a stipulation for voluntary dismissal on or before **March 20, 2023**.

IT IS SO ORDERED.

Dated:  **February 27, 2023**

UNITED STATES MAGISTRATE JUDGE

1