# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL THOMAS, | Case No. 1:19-cv-00333-JLT-SAB (PC) |
|---|---|
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO TERMINATE THIS ACTION PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE |
| v. | |
| DAVID DOVEY, et al., | |
| Defendants. | (ECF No. 99) |

Plaintiff Michael Thomas is proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 20, 2023, the parties filed a stipulation for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 99.)  The stipulation is signed and dated by counsel for both parties and indicates that each party shall bear its own litigation costs and attorney's fees.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated:   **March 21, 2023**

UNITED STATES MAGISTRATE JUDGE